UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRIE RUTHERFORD,

    Plaintiff,                                       Case No. 12-14422

vs.                                                  Hon. Paul D. Borman

JONES LASALLE LANG AMERICA, INC.,
a corporation,

    Defendant.

_____

## NOTICE OF APPEARANCE

Please enter the appearance of **Andrea J. Johnson** of Pitt McGehee Palmer Rivers & Golden, P.C. on behalf of Plaintiff, Kerrie Rutherford.

                                              PITT MCGEHEE PALMER RIVERS & GOLDEN, P.C.

                                 By: /s/ Andrea J. Johnson
                                       Andrea J. Johnson (P74596)
                                       Attorney for Plaintiff
                                       117 W. Fourth Street, Suite 200
                                       Royal Oak, Michigan 48067
                                       (248) 398-9800

Dated: December 12, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was filed with the U.S. District Court through the ECF filing system and that all parties to the above cause was served via the ECF filing system on December 12, 2012.

                Signature: /s/ Kathleen Chisholm
                            117 W. Fourth Street, Suite 200
                            Royal Oak, MI 48067
                            (248) 398-9800
                            kchisholm@pittlawpc.com